JOSEPH TOJARIEH (SBN 265492)
jft@tojariehlaw.com
TOJARIEH LAW FIRM
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Tel: (310) 553-5533 | Fax: (310) 553-5536

EDWIN SAGHIAN (SBN 265386)
edwin@saghianlaw.com
ROBIN SAGHIAN (SBN 265385)
robin@saghianlaw.com
SAGHIAN LAW FIRM, PC
170 South Beverly Drive, Suite 315
Beverly Hills, California 90212
Tel: (310) 526-8383 | Fax: (310) 278-2330

Attorneys for plaintiffs
JORDAN SPINT, MICHEL PATRICIAN,
and the putative class members

Denied
Two law firms represent plaintiffs
Counsel can file on time
6-18-13

TOJARIEH LAW FIRM
355 SOUTH GRAND AVENUE, SUITE 2450
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (310) 553-5533 • FACSIMILE (310) 553-5536

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JORDAN SPINT, individually and on behalf of all others similarly situated; and MICHEL PATRICIAN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

SWAROVSKI NORTH AMERICA LIMITED, a California corporation; SWAROVSKI RETAIL VENTURES LTD., a California corporation; SWAROVSKI CRYSTALLIZED LLC, a California limited liability company; and DOES 1 through 100, inclusive,

Defendants.

CASE NO. CV13-3265-R (MANx)

**~~[PROPOSED]~~ ORDER ~~ON~~ DENYING THE PARTIES’ JOINT STIPULATION TO EXTEND THE DEADLINE IMPOSED BY LOCAL RULE 23-3**

Date: 7/15/13
Time: 10:00 a.m.
Dept.: Courtroom 8
Judge: Hon. Manuel L. Real

CLERK, U.S. COURT
JUN 18 2013
CALIFORNIA
BY
DEPUTY

///

///

///

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT Plaintiffs Michel Patrician and Jordan Spint's ("Plaintiffs") deadline for filing a motion for class certification, as set forth in Local Rule 23-3, is extended by 30 days. Therefore, Plaintiffs' motion for class certification must be filed by September 5, 2013, unless the Court further extends the deadline.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** as follows: DENIED

Dated: By: ______________________

Hon. Manuel L. Real
UNITED STATES DISTRICT COURT JUDGE

TOJARIEH LAW FIRM
355 SOUTH GRAND AVENUE, SUITE 2450
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (310) 553-5533 • FACSIMILE (310) 553-5536