*Counsel of Record on Following Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN SPINT, individually and on behalf of all others similarly situated; and MICHEL PATRICIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SWAROVSKI NORTH AMERICA LIMITED, a California corporation; SWAROVSKI RETAIL VENTURES LTD, a California corporation; SWAROVSKI CRYSTALLIZED LLC, a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV13-3265-R (MANx)<br><br>**STIPULATION TO EXTEND DEADLINE IMPOSED BY LOCAL RULE 23-3**<br><br>Date Action Filed: 4/8/13<br>Date Removed:    5/7/13<br>Trial Date:         None |

| | |
|---|---|
| 1 | NANCY E. PRITIKIN, Bar No. 102392 |
| | nepritikin@littler.com |
| 2 | DALENE R. BRAMER, Bar No. 267753 |
| 3 | dbramer@littler.com |
| | LITTLER MENDELSON, P.C. |
| 4 | 650 California Street |
| | 20th Floor |
| 5 | San Francisco, CA  94108.2693 |
| | Telephone:  415.433.1940 |
| 6 | Facsimile:   415.399.8490 |
| 7 | HELENE WASSERMAN, Bar No. 130134 |
| | hwasserman@littler.com |
| 8 | LITTLER MENDELSON, P.C. |
| 9 | 633 West 5th Street, 63rd Floor |
| | Los Angeles, CA  90071 |
| 10 | Telephone:  213.443.4300 |
| | Fax No.:     213.443.4299 |
| 11 | |
| | Attorneys for Defendants |
| 12 | SWAROVSKI NORTH AMERICA LIMITED, |
| | SWAROVSKI RETAIL VENTURES LTD, and |
| 13 | SWAROVSKI CRYSTALLIZED LLC |
| 14 | |
| | JOSEPH TOJARIEH, ESQ. (SBN 265492) |
| 15 | jft@tojariehlaw .com |
| | TOJARIEH LAW FIRM |
| 16 | 355 South Grand A venue, Suite 2450 |
| 17 | Los Angeles, California 90071 |
| | Telephone:  (310) 553-5533 |
| 18 | Facsimile:    (310) 553-5536 |
| 19 | EDWIN SAGHIAN, ESQ. (SBN 265386) |
| | edwin @saghianlaw.com |
| 20 | ROBIN SAGHIAN, ESQ. (SBN 265385) |
| | robin @saghianlaw .com |
| 21 | SAGHIAN LAW FIRM, PC |
| 22 | 170 South Beverly Drive, Suite 315 |
| | Beverly Hills, California 90212 |
| 23 | Telephone:  (310) 526-83831 |
| | Facsimile:    (310) 278-2330 |
| 24 | |
| | Attorneys for Plaintiffs |
| 25 | JORDAN SPINT and MICHEL PATRICIAN |
| | and the putative class members |
| 26 | |
| 27 | |
| 28 | |
| | STIPULATION TO EXTEND DEADLINE                          CASE NO.  CV13-3265-R (MANx) |

Subject to the approval of the Court, Plaintiffs Michel Patrician and Jordan Spint ("Plaintiffs") and Defendants Swarovski North America Limited, Swarovski Retail Ventures, Ltd. and Swarovski Crystallized, LLC ("Defendants" or "Swarovski") (collectively "Parties") by and through their respective counsel of record hereby stipulate as follows:

WHEREAS,

1. Plaintiffs filed their complaint in Los Angeles Superior Court on April 8, 2013.

2. Defendants removed this matter to the United States District Court, Central District of California on May 7, 2013.

3. Local Rule 23-3 requires Plaintiffs to file a motion for class certification within 90 days after removal.

4. The parties have agreed to mediate Plaintiffs' claims and have scheduled mediation with Joel Grossman for September 12, 2013.

5. The parties wish to avoid expending time and money filing and opposing a motion for class certification until after the parties have attempted mediating Plaintiffs' claims. As such, the parties wish to extend the 90-day deadline imposed by Local Rule 23-3 to January 13, 2014.

THEREFORE,

Subject to approval by the Court, Defendants and Plaintiffs stipulate to extend the deadline for filing a motion for class certification, as set forth in Local Rule 23-3, to **January 13, 2014**.

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  Dated:   July 16, 2013

3  /s/ DALENE BRAMER
NANCY E. PRITIKIN
4  HELENE J. WASSERMAN
DALENE BRAMER
5  LITTLER MENDELSON, P.C.
Attorneys for Defendants
6  SWAROVSKI NORTH AMERICA LIMITED,
SWAROVSKI RETAIL VENTURES LTD,
7  and SWAROVSKI CRYSTALLIZED LLC

8  Dated:   July 16, 2013

9  /s/ EDWIN SAGHIAN
EDWIN SAGHIAN
10  SAGHIAN LAW FIRM, PC
Attorneys for Plaintiffs
11  JORDAN SPINT AND MICHEL PATRICIAN

14  Firmwide:121696003.2 063505.1006

STIPULATION TO EXTEND DEADLINE     2.     CASE NO.  CV13-3265-R (MANx)