JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN SPINT, individually and on behalf of all others similarly situated; and MICHEL PATRICIAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SWAROVSKI NORTH AMERICA LIMITED, a California corporation; SWAROVSKI RETAIL VENTURES LTD., a California corporation; SWAROVSKI CRYSTALLIZED LLC, a California limited liability company; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. CV13-3265-R (MANx)<br><br>**ORDER ON PLAINTIFFS' MOTION TO REMAND**<br><br>Date:  8/12/13<br>Time:  10:00 a.m.<br>Dept.:  Courtroom 8<br>Judge: Hon. Manuel L. Real |

///
///
///
///
///
///
///

1

[PROPOSED] ORDER

1  TO ALL INTERESTED PARTIES AND THEIR COUNSEL:

2  Plaintiffs' Motion to Remand came on regularly for hearing upon notice on
3  August 12, 2013, in Courtroom 8 of the above-entitled court, located at 312 North
4  Spring Street, Los Angeles, CA 90012. Joseph Tojarieh, Esq. and Edwin Saghian,
5  Esq. appeared for Plaintiffs. Helene Wasserman, Esq. appeared for Defendants.

6  The Court, having reviewed and considered all papers in support of and in
7  opposition to Plaintiffs' Motion to Remand and oral argument of counsel having been
8  received by the Court, the Court finds, adjudges, and orders as follows:

9      1.    That the Court GRANTS Plaintiffs Motion to Remand.
10     2.    This action shall be remanded to the Los Angeles Superior Court.
11     3.    That the Court DENIES Plaintiffs' request for monetary sanctions.

13 IT IS SO ORDERED

16 Dated: August 13, 2013

17 By: _____
18 Hon. Manuel L. Real
   UNITED STATES DISTRICT
19 COURT JUDGE